THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Appellant, *v.* WILLIAM D. DICKEY et al., as Commissioners under the Change of Grade Damage Act, Defendants, and AUGUSTUS VAN CORTLANDT, JR., et al., Respondents.

*People ex rel. City of New York* v. *Dickey,* 163 App. Div. 948, affirmed.
(Argued October 1, 1914; decided October 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 19, 1914, which dismissed a writ of certiorari and affirmed a determination of the defendant commissioners awarding damages to defendants, respondents, under the change of grade damage acts.

*Frank L. Polk, Corporation Counsel (Charles J. Nehrbas* of counsel), for appellant.

*Barclay E. V. McCarty* and *John M. Harrington* for respondents.

Order affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.